IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE HARRINGTON, et al.,

    Plaintiffs,

    v.

COINSTAR, INC.,

    Defendant.

CIV-S-06-01172 DFL PAN

<u>MEMORANDUM OF OPINION
AND ORDER</u>

    Based on the two declarations defendant submitted in support of its opposition to plaintiffs' motion to remand, the court is prepared to find that defendant has carried its burden of proving by a preponderance of the evidence that removal is proper under the Class Action Fairness Act ("CAFA"). In particular, defendant appears to have shown convincingly that plaintiffs' claims for unpaid overtime, failure to provide adequate records, failure to permit meal and rest breaks, unpaid waiting time, attorney's fees and punitive damages place in controversy well over the $5,000,000 required for jurisdiction under CAFA.

    Plaintiffs did not file a reply to defendant's opposition, which suggests that plaintiffs may not intend to contradict

1 defendant's showing.  To save the parties time and expense, the
2 court intends to deny plaintiffs' motion for remand without oral
3 argument.  However, if either party informs the court (through
4 Harry Vine at 916-930-4091 or hvine@caed.uscourts.gov) and
5 opposing counsel by August 22, 2006 at 10:00 a.m that it wishes
6 to be heard at oral argument, the matter will remain on calendar
7 for August 23, 2006 at 10:00 a.m.

8    IT IS SO ORDERED.

9 Dated: August 21, 2006

/s/ David F. Levi
DAVID F. LEVI
United States District Judge