IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE HARRINGTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COINSTAR, INC.,<br><br>    Defendant. | CIV-S-06-01172 DFL PAN<br><br><u>MEMORANDUM OF OPINION<br>AND ORDER</u> |

    Based on the two declarations defendant submitted in support of its opposition to plaintiffs' motion to remand, the court finds that defendant has carried its burden of proving by a preponderance of the evidence that removal is proper under the Class Action Fairness Act ("CAFA"). In particular, defendant has shown convincingly that plaintiffs' claims for unpaid overtime, failure to provide adequate records, failure to permit meal and rest breaks, unpaid waiting time, attorney's fees and punitive damages place in controversy well over the $5,000,000 required

////

////

////

for jurisdiction under CAFA.

    Accordingly, the court DENIES plaintiffs' motion to remand.

    IT IS SO ORDERED.

Dated: 9/14/2006

*/s/ David F. Levi*

DAVID F. LEVI
United States District Judge