PHILLIP R. POLINER, State Bar No. 156145
WESTRUP KLICK LLP
444 West Ocean Blvd., Suite 1614
Long Beach, California 90802
Telephone: (562) 432-2551
Facsimile:  (562) 435-4856
Email: Ppoliner@wkalaw.com

Attorney for Plaintiff
MIKE HARRINGTON

DAVID R. ONGARO, State Bar No. 154698
JOHANNA CALABRIA, State Bar No. 226222
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email:  Dongaro@perkinscoie.com
Email:  Jcalabria@perkinscoie.com
Attorneys for Defendant
COINSTAR, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIKE HARRINGTON, individually, on behalf of others similarly situated, and as a private attorney general on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>COINSTAR, INC., a Delaware corporation, and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.   2:06-CV-01172-DEL-EFB<br><br>**ORDER AND STIPULATION TO CONTINUE DATE TO COMPLETE CLASS CERTIFICATION DISCOVERY** |

Plaintiff Mike Harrington ("Plaintiff") and Defendant Coinstar, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1.  On October 25, 2006, the Court issued a Minute Order expressing that Plaintiff and Defendant (collectively referred to as the "Parties") are to complete their class certification discovery

by January 23, 2007.  The Court further Ordered the Parties to file a further updated joint status report by February 16, 2007.

2. The Parties desire to participate in mediation to explore the possibility of resolving this matter.  The Parties have agreed to conduct a survey of 25% of the putative class members (randomly selected) in preparation for the mediation.  It is expected that the survey and mediation will be completed by the end of January 2007.

3. Based on the above, so that the parties may concentrate their efforts on preparing the matter for mediation, the Parties request that the Court continue the deadline for the completion of class certification discovery from January 23, 2007 to March 23, 2007.  If the mediation does not resolve the case, depositions will go forward in early February 2007.

4. The Parties still desire to file a further updated joint status report by February 16, 2007 to update the Court regarding the results of the mediation and status of class certification discovery.

/ / /

/ / /

/ / /

/ / /

Dated: November 21, 2006               PHILLIP R. POLINER
                                       WESTRUP KLICK LLP


                                       By:  /s/
                                            Phillip Poliner
                                            Attorneys for Plaintiff
                                            MIKE HARRINGTON


Dated: November 21, 20066              DAVID ONGARO
                                       PERKINS COIE LLP


                                       By:  /s/
                                            Johanna Calabria
                                            Attorneys for Plaintiff
                                            COINSTAR, INC.

## ORDER

Having read and received the Parties' Stipulation, the Court rules as follows:

IT IS HEREBY ORDERED THAT the date to complete class certification discovery shall be continued from January 23, 2007 to March 23, 2007 so that the parties may proceed with mediation.

IT IS HEREBY FURTHER ORDERED THAT the parties file their further updated joint status report by February 16, 2007.

Date:  11/22/2006

_____
DAVID F. LEVI
United States District Judge