IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE HARRINGTON, | CIV. NO. 06-1172 DFL EFB |
| Plaintiff, | |
| v. | ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT |
| COINSTAR, INC., etc., et al., | |
| Defendants. | |

The court has been advised by plaintiff's attorney, Phillip R. Poliner, Esq., and defense attorney, Johanna Calabria, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than March 18, 2007; and

//

1

    2.  That all hearing dates previously set in this matter are vacated.

    IT IS SO ORDERED.

Dated:  02/20/2007


                           /s/ David F. Levi
                           DAVID F. LEVI
                           United States District Judge