R. Duane Westrup (California Bar No. 058610)
Phillip R. Poliner (California Bar No. 156145)
Christine C. Choi (California Bar No. 205656)
WESTRUP KLICK, LLP
444 West Ocean Boulevard, Suite 1614
Long Beach, California 90802-4524
Telephone: (562) 432-2551
Facsimile: (562) 435-4856

Attorneys for Plaintiff MIKE HARRINGTON

**FILED**

AUG 2 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MIKE HARRINGTON, individually, on behalf of others similarly situated, and as a private attorney general on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>COINSTAR, INC., a Delaware Corporation, and DOES 1 through 200, inclusive,<br><br>Defendant. | Case No.: 2:06-CV-01172-RRB-EFB<br><br>Judge Ralph R. Beistline<br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND DISMISSAL<br><br>Hearing date: August 28, 2007<br>Time:     8:30 a.m.<br>Dept.     9 |

The motion of Plaintiff Mike Harrington ("Plaintiff"), for final approval of the settlement came on regularly for hearing on August 28, 2007, at 8:30 a.m. in Dept. 9 of the United States District Court, Eastern District of California for the Sacramento Division, the Honorable Ralph R. Beistline presiding.

Having considered Plaintiff's moving papers, the Settlement Agreement, which was filed with the Court, and all other documentary evidence submitted concerning Plaintiff's motion, the Court hereby finds as follows:

(a)  The Settlement Agreement is fair, reasonable, adequate, and in the best interest of the settlement class;

(b)  The class "Notice" fully complied with the requirements of due process, constituted the best notice practicable under the circumstances, and is due and sufficient notice to all persons entitled to notice of the settlement of this lawsuit;

(c)  No members of the settlement class have objected;

(d)  The four Class Member who timely opted out of the settlement are Joe A. Brown, Christina Cavyell, John Partlow and Michael Tavani.

(e)  Defendants shall fund the settlement, on or before September 7, 2007, pursuant to the terms of the Settlement Agreement. The Claims Administrator, on or before September 12, shall mail out the settlement payments to each class member who timely submitted a completed claim form.

(f)  Plaintiff's enhancement of $20,000 is reasonable, as well as Plaintiff's request for attorneys' fees and costs in the amount of $440,000.

IT IS THEREFORE ORDERED:

(1)  The settlement is approved as in the best interest of the settlement class.

(2)  The members of the settlement class as previously determined and those to whom the notice of the hearing was directed are set forth in the Settlement Agreement.

-2-

ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND DISMISSAL

(3) The Action is dismissed with prejudice as to Plaintiff and all Class Members who have not timely opted out Class Action Settlement;

(4) Plaintiff and all Class Members who have not timely opted out of the Class Action Settlement are permanently enjoined and barred from commencing or prosecuting any action asserting any of the Released Class Claims (as defined in the "Settlement Agreement"), either directly, representatively, derivatively, or in any other capacity, whether by a complaint, counterclaim, defense, or otherwise;

(5) The Court shall retain continuing jurisdiction over this Action, the Parties, and all settlement class members to determine all matters relating in any way to the Final Judgment Order, the Preliminary Approval Order, or the Settlement Agreement, including but not limited to their administration, implementation, interpretation, or enforcement; and

(6) The Court is satisfied that Mike Harrington is entitled to an enhancement of $20,000.00 for taking on the risk and burden of the class action. The Court is further satisfied that Plaintiff's counsel has capably represented the class and is entitled to reasonable attorney's fees and costs in the amount of $440,000.00

DATED: August 28, 2007

BY: _____
The Hon. Ralph R. Beistline
Judge of the United States District Court

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND DISMISSAL**