DAVID R. ONGARO, State Bar No. 154698
DAVID R. BURTT, State Bar No. 201220
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
dongaro@perkinscoie.com
dburtt@perkinscoie.com

Attorneys for Defendant COINSTAR, INC.

**FILED**

AUG 28 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MIKE HARRINGTON, individually, on behalf of others similarly situation, and as a private attorney general on behalf of the general public,, <br><br> Plaintiff, <br><br> v. <br><br> COINSTAR, INC., a Delaware corporation, and DOES 1 through 200, inclusive,, <br><br> Defendants. | CASE NO. 2:06-CV-01172-RRB-EFB <br><br> Judge Ralph R. Beistline <br> [PROPOSED] JUDGMENT |

The Honorable Ralph R. Beistline, on August 28, 2007, issued his Order Granting Final Approval of Class Action ("Order Granting Final Approval") granting approval to the Class Action Settlement Agreement, as defined in the Preliminary Approval Order ("Settlement Agreement"), an incentive award, and attorneys' fees and costs in this matter: Accordingly this Court ORDERS ENTRY OF JUDGMENT as follows: The Plaintiff Class to whom this judgment applies is defined as follows:

JUDGMENT

21382-9051/LEGAL13506421.1

1  "All individuals employed as Field Service Engineer; Field Technician; Field Service
2  Representative; Senior Field Service Engineer; Transportation Services Representative;
3  Installation Field Service Engineer; Weekend Warrior; Route Driver; Installation-Driver;
4  Installation-Technician; Installation-Field; Crane Video Technician; Crane Video Supervisor;
5  Installer; Technician; Route Merchandiser; Bulk Merchandiser; and California Driver
6  (collectively referred to as "Route Drivers" herein) in California, by Coinstar, Inc., or any of its
7  subsidiaries, including, Adventure Vending, Inc., and Coinstar Entertainment Services, Inc. f/k/a/
8  ACMI Holdings, Inc. and its subsidiaries, during the period from April 20, 2002 through
9  February 28, 2007, except Joe A. Brown, Christina Cavyell and Michael Tavani who timely
10 opted-out of the Settlement."

The parties shall comply with the terms and conditions of the Settlement Agreement and of the Order Granting Final Approval. Upon such compliance, and in accordance with the terms of the Order Granting Final Approval, the matter and the Complaint on file in this action shall be dismissed in its entirety, with prejudice. The Court retains jurisdiction over the parties to enforce the terms of the settlement and this judgment.

Upon satisfaction of all payments and obligations under the Settlement Agreement and under this Order, all members of the class are permanently barred from prosecuting Released Claims against defendants or their present or former agents, servants, attorneys, subsidiaries, affiliates, stockholders, heirs, executors, representatives, successors, or assigns, any individual or class claims which were or could have been asserted in this action, including without limitation any claims arising out of the acts, facts, transactions, occurrences, representations, or omissions set forth in the complaint or amended complaints in this action, through the date of February 28, 2007.

DATED: August 28, 2007.        By _____
                                THE HONORABLE RALPH R. BEISTLINE
                                JUDGE OF THE UNITED STATES DISTRICT
                                COURT

JUDGMENT                                    -2-